# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARKOS PAPPAS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS *et al.*,<br><br>    Defendants. | Civil Action No. 15-880 (JMC) |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that ECF 37 is **DENIED** as moot; and it is **FURTHER ORDERED** that the complaint and this civil action are **DISMISSED**. This is a final appealable Order. The Clerk of Court shall terminate this case.

**SO ORDERED.**

DATE: April 13, 2022

_____
Jia M. Cobb
U.S. District Court Judge